```
 1  GAIL SHIFMAN
    Attorney at Law
 2  State Bar no. 147334
    44 Montgomery Street
 3  Suite 3850
    San Francisco CA 94104
 4  Telephone: (415) 551-1500
    Facsimile: (415) 551-1502
 5
    Attorney for Defendant
 6  DAVID NGUYEN
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                              - - oo - -
11
12  UNITED STATES OF AMERICA,    )  CR. NO. 07-0122 EJG
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER EXONERATING
                                 )  BAIL
14      vs.                      )
                                 )
15  DAVID NGUYEN,                )
                                 )
16              Defendant.       )
    _____)
17
18      Defendant, David Nguyen, through his counsel of record, Gail
19  Shifman, and the United States of America, through Assistant U.S.
20  Attorney Todd Leras hereby agree as follows:
21      The property bond pertaining to the residence located at 8285
22  Winkler Way, Sacramento, California 95828 shall be exonerated.
23  Further, the deed of trust for this property, that is currently
24  recorded at the Sacramento County Recorder's Office, is to be
25  returned to Long Nguyen.
26      IT IS SO STIPULATED.
27  Dated: May 5, 2009           /s/ Gail Shifman
28                                    _____
                                      GAIL SHIFMAN
                                      Attorney for Defendant
```

DAVID NGUYEN

Dated: May 5, 2009          /s/ Todd Leras (as authorized)
                            _____
                            TODD LERAS
                            Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the property bond pertaining to the residence located at 8285 Winkler Way, Sacramento, California 95828 shall be exonerated. Further, the deed of trust, that is currently recorded at the Sacramento County Recorder's Office, is to be returned to Long Nguyen.

DATED: May 5, 2009          /s/ Edward J. Garcia
                            _____
                            HON. EDWARD GARCIA
                            United States District Judge