1   **GAIL SHIFMAN**
    **Attorney at Law**
2   **State Bar no. 147334**
    **44 Montgomery Street**
3   **Suite 3850**
    **San Francisco CA 94104**
4   **Telephone: (415) 551-1500**
    **Facsimile: (415) 551-1502**
5
    **Attorney for Defendant**
6   **DAVID NGUYEN**

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
                            **- - oo - -**
11

12  **UNITED STATES OF AMERICA,**      ) **CR. NO. 07-0122 EJG**
                                       )
13                   **Plaintiff,**    ) **STIPULATION AND ORDER EXONERATING**
                                       ) **BAIL**
14       **vs.**                       )
                                       )
15  **DAVID NGUYEN,**                  )
                                       )
16                   **Defendant.**    )
    **_____)**
17

18      Defendant, David Nguyen, through his counsel of record, Gail

19  Shifman, and the United States of America, through Assistant U.S.

20  Attorney Todd Leras hereby agree as follows:

21      The property bond pertaining to the residence located at 8285

22  Winkler Way, Sacramento, California 95828 shall be exonerated.

23  Further, the deed of trust for this property, that is currently

24  recorded at the Sacramento County Recorder's Office, is to be

25  returned to Long Nguyen.

26      IT IS SO STIPULATED.

27  Dated: May 5, 2009              /s/ Gail Shifman

28                                  _____
                                    GAIL SHIFMAN
                                    Attorney for Defendant

1                              DAVID NGUYEN

2
Dated: May 5, 2009              /s/ Todd Leras (as authorized)
3                               _____
                                TODD LERAS
4                               Assistant United States Attorney

5
                                **ORDER**
6
     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the property bond
7
pertaining to the residence located at 8285 Winkler Way, Sacramento,
8
California 95828 shall be exonerated. Further, the deed of trust,
9
that is currently recorded at the Sacramento County Recorder's
10
Office, is to be returned to Long Nguyen.
11

12
DATED: May 5, 2009              /s/ Edward J. Garcia
13                              _____
                                HON. EDWARD GARCIA
14                              United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 **STIPULATION & [PROPOSED] ORDER EXONERATING BAIL**                    **2**