**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**



**FILED**

JUN - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**RE:    David Nguyen**
     **Docket Number:   2:07CR00122-02**
     <u>**CONTINUANCE OF JUDGMENT**</u>
     <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 17, 2009 to September 18, 2009 at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation office was not aware the matter had been referred by the Court on May 1, 2009.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/S/

**Karen A. Meusling**
**Supervising United States Probation Officer**

Dated: June 5, 2009
     Sacramento, California
     KAM (kam)

Attachment

**RE:** **David NGUYEN**

**Docket Number: 2:07CR00122-02**

**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:     Clerk, United States District Court
        United States Attorney's Office
        United States Marshal's Office
        Gail R. Shifman, Defense Counsel

___ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

**Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

vs.

**David NGUYEN**

**Defendant.**

*l*

**Docket Number:  2:07CR00122-02**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| Judgment and Sentencing Date: | 09/18/2009 @ 10 a.m. |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/04/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/28/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/21/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/07/2009 |